UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YOVANNY DOMINGUEZ, *and on behalf of all other persons similarly situated*,

                    Plaintiff,

- against -

SOULCYCLE, INC.,

                    Defendant.
------------------------------------------------------------X

19 Civ. 10815 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE.**

As per the initial case management conference held on February 6, 2020, discovery is stayed pending submission and determination of Defendant's planned motion to dismiss. If for any reason no motion is filed, however, the parties shall promptly advise the Court.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 6, 2020
       New York, New York

Copies transmitted to all counsel of record.