UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

YOVANNY DOMINGUEZ, individually and on behalf of all other persons similarly situated,

      Plaintiff,

  -v-                                                           No. 19-CV-10815-LTS-RWL

SOULCYCLE INC.,

      Defendant.

-------------------------------------------------------x

## ORDER

      Defendant's motion to dismiss (docket entry no. 18) is terminated in light of Plaintiff's First Amended Complaint, filed on February 20, 2020 (docket entry no. 20).

      SO ORDERED.

Dated: New York, New York
       February 28, 2020

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge