# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

June 2, 2021

**VIA ECF**

**MEMO ENDORSED**

Hon. Laura Taylor Swain
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Room 17C
New York, NY 10007

Re:   Yovanny Dominguez v. SoulCycle Inc.
      Case No. 19-cv-10815-LTS

Dear Judge Swain:

We represent Defendant SoulCycle Inc. ("Defendant" or "SoulCycle") in the above captioned matter. Pursuant to your Order dated June 11, 2020, we are filing this update on behalf of both parties regarding the status of the combined appeals in substantially identical cases that are currently pending before the U.S. Court of Appeals for the Second Circuit. An oral argument was held on January 13, 2021 in Case Number 20-1552, *Calcano v. Swarovski North America Limited*. We are awaiting decision. Accordingly, the parties respectfully request that this matter continue stayed until there is a decision in the combined appeal.

Very truly yours,

JACKSON LEWIS P.C.

The stay is continued pending the next timely status report. DE # 35 resolved.

*/s/ Joseph J. Lynett*
Joseph J. Lynett, Esq.
Joseph.Lynett@jacksonlewis.com
Rebecca M. McCloskey, Esq.
Rebecca.McCloskey@jacksonlewis.com

SO ORDERED.
Dated: June 2, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.

cc:   Bradley G. Marks, Esq.

4810-8378-5196, v. 1