```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YOVANNY DOMINGUEZ, and on behalf of all   :
other persons similarly situated,         :
                                          :
                              Plaintiff,  :       19-CV-10815 (LTS) (RWL)
                                          :
            - against -                   :
                                          :       ORDER
                                          :
SOULCYCLE, INC.,                          :
                              Defendant.  :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE.**

This case was stayed on June 11, 2020 pending decision by the Second Circuit in the consolidated appeal of *Calcano v. Swarovski North America Ltd,* 20-1552 (2d Cir.). (*See* Dkts. 31, 33, 36, 38, 40.) On June 2, 2022, the Second Circuit issued its decision. Accordingly, the parties shall meet and confer and by **June 13, 2022** shall file a joint letter proposing next steps for either proceeding or disposing of the case.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: June 6, 2022
       New York, New York

Copies transmitted to all counsel of record.