# THE MARKS LAW FIRM, P.C.

June 13, 2022

**Via ECF:**
Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

      **RE:    Yovanny Dominguez v. SoulCycle Inc. (2:19-cv-10815-LTS-RWL)
             NOTICE OF SETTLEMENT**

Dear Judge Swain:

    We represent plaintiff Yovanny Dominguez ("Plaintiff") in the above-referenced matter. against Defendant SoulCycle Inc. (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in thirty (30) days if the Settlement Agreement is not consummated.

    In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

    We thank the Court for its time and attention in this matter.

                                Respectfully Submitted,

                                The Marks Law Firm, P.C.

    By:_____
                                Bradly G. Marks

155 East 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com